UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-20192-KMM

MARCELO ENRIQUE RAMOS,
DIANA BILBAO and all others
similarly situated under 29 U.S.C. 216(b),

       Plaintiffs,

v.

PREFERRED CARE HOME HEALTH
SERVICES, INC., and VIVIAN C. MELLEY,

       Defendants.
_____/

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

Defendants, Preferred Care Home Health Services, Inc. and Vivian C. Melley, (hereinafter "Defendants"), hereby file their Supplemental Response to Plaintiffs' Statement of Claim and state as follows.

The Court's Order Scheduling Settlement Conference (D.E. 12) provides:

on or before February 28, 2018, the Defendants shall file a supplemental response to the Plaintiffs' statement of claim which provides a chart of the hours worked by Plaintiffs on a weekly basis, the wages paid to the Plaintiffs, and the manner in which the wages were calculated during the same time periods that correspond to the information provided by the Plaintiffs. If the Defendants do not have the records regarding the number of hours worked by the Plaintiffs, Defendants shall provide their estimate of the number of hours worked during each week for which unpaid wages are claimed.

**Hours Worked and Wages Paid on Weekly Basis**

Plaintiffs never worked any hours for Defendants or were paid any wages. Therefore, Defendants cannot estimate of the number of hours Plaintiffs allegedly worked during each week for which unpaid wages are claimed.

In their Answer and their Response to Plaintiffs' Statement of Claims, Defendants explained that they never recruited, hired, supervised, controlled, disciplined, paid, provided fringe benefits, or made decisions concerning Plaintiffs or in any other way acted as Plaintiffs employer. Furthermore, Plaintiffs never performed any work for Defendants, nor were asked to do any work by any employee or supervisor of Defendants.

In their Answer and Response to Plaintiffs' Statement of Claims Defendants also explained they are not "Joint Enterprises" with any other entity. Significantly, Plaintiffs' Complaint does not name or sufficiently identify any other home care facilities throughout the Southern District of Florida as alleged in paragraph 14 of the Complaint that they claim engaged in related activities with Defendant Preferred Care. Defendant Preferred Care operates its business without any affiliation with any other entity(ies) and is not a "joint employer" for any FLSA violations.

Defendants reserve the right to amend this Response to Plaintiff's Statement of Claim as more information becomes available during the discovery process.

Respectfully submitted this 28th day of February, 2018.

                                          s/ Rodolfo Gomez_____
                                          Rodolfo Gomez
                                          Florida Bar No. 820903
                                          rgomez@fordharrison.com
                                          FordHarrison, LLP
                                          1 S.E. Third Avenue, Suite 2130
                                          Miami, Florida 33131
                                          Telephone: (305) 808-2100
                                          Facsimile:   (305) 808-2101
                                          Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ Rodolfo Gomez_____
                                           Attorneys for Defendants

## **SERVICE LIST**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: 305-865-6766
Facsimile:   305-865-7167
zabogado@aol.com
Attorney for Plaintiffs

WSACTIVELLP:9653417.1

3